# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT M. COOLEY, et al.,<br><br>　　　　　Defendant. | Case No. 16-cv-01559  NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt.  30 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed by May 31, 2017.  All scheduled dates are VACATED.

IT IS SO ORDERED.

Dated:  February 16, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　United States Magistrate Judge